```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-02259-HWV
Telana S Virata                                                         Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: AGarner                Page 1 of 2                  Date Rcvd: Oct 31, 2017
                               Form ID: ntnoshow            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db             +Telana S Virata,    1080 Nugent Way,    York, PA 17402-7645
4927996        +ACCOUNTS RECEIVABLE MGMT,    PO BOX 8630,    Richmond, VA 23226-0630
4927997        +ADVANCED EYE SPECIALIST,    2915 E PROSPECT ROAD,    York, PA 17402-9501
4927998        +ALLERGY & ASTHMA CONSULTANTS,    1620 S QUEEN STREET,    York, PA 17403-4637
4928001        +ARCADIA RECOVERY BUREAU,    PO BOX 70256,    Philadelphia, PA 19176-0256
4928002        +BEST BUY CREDIT SERVICES,    PO BOX 78009,    Phoenix, AZ 85062-8009
4928003        +BEST BUY/CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
4928004        +CAPITAL ONE,    PO BOX 71083,    Charlotte, NC 28272-1083
4928005        +CAPITAL ONE,    PO BOX 30281,    Salt Lake City, UT 84130-0281
4928006        +CREDIT BUREAU OF YORK,    33 S DUKE STREET,    York, PA 17401-1485
4928008        +EMP OF YORK COUNTY,    PO BOX 636884,    Cincinnati, OH 45263-6884
4928010        +ESTATE INFORMATION SERVICES LLC,    EIS COLLECTIONS,    PO BOX 1730,
                 Reynoldsburg, OH 43068-8730
4928011        +FREEDOM MORTGAGE,    PO BOX 89486,    Cleveland, OH 44101-6486
4928013        +JOHNS HOPKINS PHYSICIANS,    PO BOX 64896,    Baltimore, MD 21264-4896
4928014        +LABCORP,    PO BOX 2240,    Burlington, NC 27216-2240
4928015        +LILLA'S BRIDAL,    3416 EAST MARKET STREET,    York, PA 17402-2621
4928016        +MEDICAL REVENUE SERVICE,    645 WALNUT STREET,    STE 5,    Gadsden, AL 35901-4173
4928017        +MEMORIAL HOSPITAL,    PO BOX 1022,    Wixom, MI 48393-1022
4928018       ++MERCEDES BENZ FINANCIAL SERVICES,    13650 HERITAGE PARKWAY,    FORT WORTH TX 76177-5323
                (address filed with court: MERCEDES BENZ FINANCIAL SERVICES,     PO BOX 5209,
                 Carol Stream, IL 60197)
4965539         Mercedes-Benz Financial Services USA LLC,     c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
4928020        +NCC,    PO Box 9156,    Alexandria, VA 22304-0156
4928021        +PA DEPT OF REVENUE,    BUREAU OF INDIVIDUAL TAXES,     PO BOX 281210,    Harrisburg, PA 17128-1210
4928022        +PASI INC,    PO BOX 188,    Brentwood, TN 37024-0188
4928023        +PATIENT FIRST,    PO BOX 758941,    Baltimore, MD 21275-8941
4928024        +PHYSICIAN BILLING SERVICES,    1803 MT ROSE AVE,    York, PA 17403-3026
4928026        +SHERI COOVER, ESQUIRE,    25 N DUKE STREET,    STE 208,    YORK, PA 17401-1800
4928027        +SUZANNE GREIST, ESQUIRE,    129 E MARKET STREET,    York, PA 17401-1221
4962995        +Suzanne H. Griest, Esquire,    129 East Market Street,     York, PA 17401-1221
4928028        +THE LENDING CLUB,    71 STEVENSON STREET,    San Francisco, CA 94105-2985
4928029        +VITAL RECOVERY SERVICES,    PO BOX 923748,    Norcross, GA 30010-3748
4928032        +YORK HOSPITAL,    1001 S GEORGE STREET,    York, PA 17403-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4927999        +E-mail/Text: bkrpt@retrievalmasters.com Oct 31 2017 19:18:29     AMCA COLLECTION AGENCY,
                 4 WESTCHESTER PLAZA, BLDG 4,    Elmsford, NY 10523-1615
4928000        +E-mail/Text: bkrpt@retrievalmasters.com Oct 31 2017 19:18:29     AMERICAN MEDICAL COLL,
                 4 WESTCHESTER PLAZA,    Elmsford, NY 10523-1615
4928007         E-mail/Text: cio.bncmail@irs.gov Oct 31 2017 19:18:09     DEPARTMENT OF THE TREASURY,
                 INTERNAL REVENUE SERVICE,    Andover, MA 01810
4928009        +E-mail/Text: bankruptcies@escallate.com Oct 31 2017 19:18:01     ESCALLATE,
                 5200 STONEHAM ROAD,    North Canton, OH 44720-1584
4928019        +E-mail/Text: Bankruptcies@nragroup.com Oct 31 2017 19:18:59     NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,    Harrisburg, PA 17111-1036
4929102        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2017 19:24:00
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
4970336        +E-mail/Text: colleen.atkinson@rmscollect.com Oct 31 2017 19:18:58
                 Patient First c/o Receivables Management Systems,     PO Box 8630,    Richmond, VA 23226-0630
4930378        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2017 19:18:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
4928025        +E-mail/Text: colleen.atkinson@rmscollect.com Oct 31 2017 19:18:58
                 RECEIVABLES MANAGEMENT SYSTEM,    7206 HULL STREET, STE 21,    Richmond, VA 23235-5827
4928030        +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2017 19:17:13     WALMART/SYNCHRONY BANK,
                 PO BOX 530927,    Atlanta, GA 30353-0927
4928031        +E-mail/Text: kcm@yatb.com Oct 31 2017 19:18:02     YORK ADAMS TAX BUREAU,    1415 N DUKE STREET,
                 York, PA 17404
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Mercedes-Benz Financial Services USA LLC,     c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
cr*            +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
4928012*        INTERNAL REVENUE SERVICE,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4968275*        Mercedes-Benz Financial Services USA LLC,     c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Dawn Marie Cutaia    on behalf of Debtor 1 Telana S Virata dmcutaia@gmail.com,
               cutaialawecf@gmail.com;r46159@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Timothy Alan Baker    on behalf of Debtor 1 Telana S Virata bakerlawfirmllc@yahoo.com,
               tbakerlaw@msn.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Telana S Virata  
Debtor(s)

Chapter 13

Case No. 1:17−bk−02259−HWV

## Notice

The Court intends to dismiss the Case.

The court docket reflects that the debtor(s) has/have failed to appear at the meeting of creditors required under Section 341 of the Bankruptcy Code. Section 343 of the Code provides that debtor(s) shall appear at the meeting and submit to examination under oath by creditors, the case trustee, and other interested parties. The failure of debtor(s) to appear at the meeting constitutes cause for dismissal.

Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **November 21, 2017**. If the debtor(s) oppose(s) this dismissal, debtor(s) must file an objection with the Court, on or before **November 21, 2017**, and explain why debtor(s) failed to appear at the creditors' meeting on each occasion the meeting was scheduled by the Court. If no timely objection is filed, an Order will be entered.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 31, 2017 |