In re:                                                                    Case No. 17-02259-HWV
Telana S Virata                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AGarner    Page 1 of 2    Date Rcvd: Nov 28, 2017
                      Form ID: ordsmiss   Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.

```
db          +Telana S Virata,    1080 Nugent Way,    York, PA 17402-7645
4927996     +ACCOUNTS RECEIVABLE MGMT,    PO BOX 8630,    Richmond, VA 23226-0630
4927997     +ADVANCED EYE SPECIALIST,    2915 E PROSPECT ROAD,    York, PA 17402-9501
4927998     +ALLERGY & ASTHMA CONSULTANTS,    1620 S QUEEN STREET,    York, PA 17403-4637
4928001     +ARCADIA RECOVERY BUREAU,    PO BOX 70256,    Philadelphia, PA 19176-0256
4928002     +BEST BUY CREDIT SERVICES,    PO BOX 78009,    Phoenix, AZ 85062-8009
4928003     +BEST BUY/CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
4928006     +CREDIT BUREAU OF YORK,    33 S DUKE STREET,    York, PA 17401-1485
4995489      Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
4928008     +EMP OF YORK COUNTY,    PO BOX 636884,    Cincinnati, OH 45263-6884
4928010     +ESTATE INFORMATION SERVICES LLC,    EIS COLLECTIONS,    PO BOX 1730,
              Reynoldsburg, OH 43068-8730
4928011     +FREEDOM MORTGAGE,    PO BOX 89486,    Cleveland, OH 44101-6486
4990728     +Freedom Mortgage Corporation,    Bankruptcy Department,    10500 Kincaid Drive,    Suite 300,
              Fishers, IN 46037-9764
4928013     +JOHNS HOPKINS PHYSICIANS,    PO BOX 64896,    Baltimore, MD 21264-4896
4928014     +LABCORP,    PO BOX 2240,    Burlington, NC 27216-2240
4928015     +LILLA'S BRIDAL,    3416 EAST MARKET STREET,    York, PA 17402-2621
4928016     +MEDICAL REVENUE SERVICE,    645 WALNUT STREET,    STE 5,    Gadsden, AL 35901-4173
4928017     +MEMORIAL HOSPITAL,    PO BOX 1022,    Wixom, MI 48393-1022
4965539      Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
              Roseville, MN 55113-0011
4928020     +NCC,   PO Box 9156,    Alexandria, VA 22304-0156
4928021     +PA DEPT OF REVENUE,    BUREAU OF INDIVIDUAL TAXES,    PO BOX 281210,    Harrisburg, PA 17128-1210
4928022     +PASI INC,    PO BOX 188,    Brentwood, TN 37024-0188
4928023     +PATIENT FIRST,    PO BOX 758941,    Baltimore, MD 21275-8941
4928024     +PHYSICIAN BILLING SERVICES,    1803 MT ROSE AVE,    York, PA 17403-3026
4928026     +SHERI COOVER, ESQUIRE,    25 N DUKE STREET,    STE 208,    YORK, PA 17401-1800
4928027     +SUZANNE GREIST, ESQUIRE,    129 E MARKET STREET,    York, PA 17401-1221
4962995     +Suzanne H. Griest, Esquire,    129 East Market Street,    York, PA 17401-1221
4928028     +THE LENDING CLUB,    71 STEVENSON STREET,    San Francisco, CA 94105-2985
4928029     +VITAL RECOVERY SERVICES,    PO BOX 923748,    Norcross, GA 30010-3748
4928032     +YORK HOSPITAL,    1001 S GEORGE STREET,    York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4927999     +EDI: RMCB.COM Nov 28 2017 19:03:00     AMCA COLLECTION AGENCY,    4 WESTCHESTER PLAZA, BLDG 4,
              Elmsford, NY 10523-1615
4928000     +EDI: RMCB.COM Nov 28 2017 19:03:00     AMERICAN MEDICAL COLL,    4 WESTCHESTER PLAZA,
              Elmsford, NY 10523-1615
4928005     +EDI: CAPITALONE.COM Nov 28 2017 19:03:00     CAPITAL ONE,    PO BOX 30281,
              Salt Lake City, UT 84130-0281
4928004     +EDI: CAPITALONE.COM Nov 28 2017 19:03:00     CAPITAL ONE,    PO BOX 71083,
              Charlotte, NC 28272-1083
4928007      EDI: IRS.COM Nov 28 2017 19:03:00     DEPARTMENT OF THE TREASURY,    INTERNAL REVENUE SERVICE,
              Andover, MA 01810
4928009     +EDI: ESCALLATE.COM Nov 28 2017 19:03:00     ESCALLATE,    5200 STONEHAM ROAD,
              North Canton, OH 44720-1584
4928018      EDI: DAIMLER.COM Nov 28 2017 19:03:00     MERCEDES BENZ FINANCIAL SERVICES,    PO BOX 5209,
              Carol Stream, IL 60197
4928019     +E-mail/Text: Bankruptcies@nragroup.com Nov 28 2017 19:01:03     NATIONAL RECOVERY AGENCY,
              2491 PAXTON STREET,    Harrisburg, PA 17111-1036
4929102     +EDI: PRA.COM Nov 28 2017 19:03:00     PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
4970336     +E-mail/Text: colleen.atkinson@rmscollect.com Nov 28 2017 19:01:02
              Patient First c/o Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
4930378     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 28 2017 19:00:42
              Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
4928025     +E-mail/Text: colleen.atkinson@rmscollect.com Nov 28 2017 19:01:02
              RECEIVABLES MANAGEMENT SYSTEM,    7206 HULL STREET, STE 21,    Richmond, VA 23235-5827
4928030     +EDI: RMSC.COM Nov 28 2017 19:03:00     WALMART/SYNCHRONY BANK,    PO BOX 530927,
              Atlanta, GA 30353-0927
4928031     +E-mail/Text: kcm@yatb.com Nov 28 2017 19:00:32     YORK ADAMS TAX BUREAU,    1415 N DUKE STREET,
              York, PA 17404
                                                                                              TOTAL: 14
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*         +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
              Roseville, MN 55113-0011
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4928012*     INTERNAL REVENUE SERVICE,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4968275*     Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
              Roseville, MN 55113-0011
                                                                                    TOTALS: 0, * 4, ## 0
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dawn Marie Cutaia    on behalf of Debtor 1 Telana S Virata dmcutaia@gmail.com,
           cutaialawecf@gmail.com;r46159@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          Timothy Alan Baker    on behalf of Debtor 1 Telana S Virata bakerlawfirmllc@yahoo.com,
           tbakerlaw@msn.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Telana S Virata<br>**Debtor(s)** | Chapter 13<br>Case No. 1:17−bk−02259−HWV |

### Order

After notice and opportunity for a hearing thereon, it appearing that the above−named Debtor failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the above−referenced case for Debtor be and hereby is dismissed.

Dated: November 28, 2017

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: AGarner, Deputy Clerk